IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| PAULINE THARPE, by next friend and attorney in fact, MARSHALL THARPE<br><br>    Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC.; RONNIE L. BATCHELOR, DPH; TAMMY RENE N. PRATHER, DPH; BECKY CAPPS TEAL, DPH; EXPRESS SCRIPTS, INC.; STEPHANIE B. (BUCK) ISON; COURTNEY SHAY (INGRAM) McMAKIN; VINAY KRISHAN SOOD; MELISSA CAROL (McALLISTER) BARNES; MICHAEL RICHARDS; PATRICIA BLASINGAME and SCOTT EVANS,<br><br>    Defendants | Case No.: 1-05-1067 T/An |

## ORDER ON MOTION FOR SPECIAL ADMISSION PRO HAC VICE

Joseph R. Alexander, Jr., has moved for special admission pro hac vice in this action on behalf of Plaintiffs. Mr. Alexander is licensed to practice law in good standing before the U.S. District Court of Texas, Southern District. For good cause shown, that motion is granted. It is hereby ordered that Mr. Alexander be admitted pro hac vice as counsel for Plaintiffs and may actively participate in any trial, pre-trial and post-trial proceedings before this court.

IT IS SO ORDERED.

Signed this the 28th day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 05-02-05

James M. Doran, Jr.
Lela M. Hollabaugh
Waller, Lansden, Dortch & Davis, PLLC
511 Union Street
Suite 7200
Post Office Box 198966
Nashville, TN 37219
(615) 244-6380
Attorneys for Defendant Merck & Co.,
Inc. and Defendant Sales Reps

Catherine Hensler-Dickerson
Tim McCurdy
Husch & Eppenberger, P.C.
190 Carondelet Plaza, Suite 600
St. Louis, MS 63105-3441
(314) 480-1500
Attorneys for Defendant Express Scripts,
Inc.

Stephen P. Hale (BPR #011276)
Buffey E. Klein (BPR # 022879)
Husch & Eppenberger, LLC
One Memphis Place
200 Jefferson Av.
Suite 1450
Memphis, TN 38103
(901) 523-1123
Attorneys for Defendant Express Scripts,
Inc.

Thomas F. Preston
McNabb, Bragorgos & Burgess, PLLC
Sixth Floor
81 Monroe Avenue
Memphis, TN 38103
(901) 624-0640
Attorney for Defendant Becky Capps
Teal, DPH

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 1:05-CV-01067 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

Buffey Klein
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Stephen P. Hale
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Joseph R. Alexander
Mithoff & Jacks
500 Dallis St.
Ste. 3450
Houston, TX 77002

Steven G. Ohrvall
HILL BOREN- Jackson
1269 N. Highland Ave.
P.O. Box 3539
Jackson, TN 38303--353

T. Robert Hill
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Lela M. Hollabaugh
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Pam Warnock Green
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

James M. Doran
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Thomas M. Donnell
STEWART ESTES & DONNELL
424 Church St.
Ste. 1401
Nashville, TN 37219--239

James L. Wright
Mithoff & Jacks, P.C.
111 Congress Avenue
Suite 1010
Austin, TX 78701

Pam Belew
CIRCUIT COURT CLERK
Weakley County Courthouse
P.O. Box 28
Dresden, TN 38225

Thomas F. Preston
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Honorable James Todd
US DISTRICT COURT