IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| PAULINE THARPE, by next friend and attorney in fact, MARSHALL THARPE<br><br>Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC.; RONNIE L. BATCHELOR, DPH; TAMMY RENE N. PRATHER, DPH; BECKY CAPPS TEAL, DPH; EXPRESS SCRIPTS, INC.; STEPHANIE B. (BUCK) ISON; COURTNEY SHAY (INGRAM) McMAKIN; VINAY KRISHAN SOOD; MELISSA CAROL (McALLISTER) BARNES; MICHAEL RICHARDS; PATRICIA BLASINGAME and SCOTT EVANS,<br><br>Defendants | Case No.: 1-05-1067 T/An |

## ORDER ON MOTION FOR SPECIAL ADMISSION PRO HAC VICE

James L. (Larry) Wright has moved for special admission pro hac vice in this action on behalf of Plaintiffs. James L. (Larry) Wright is licensed to practice law in good standing before the Texas Supreme Court. For good cause shown, that motion is granted. It is hereby ordered that Mr. Wright be admitted pro hac vice as counsel for Plaintiffs and may actively participate in any trial, pre-trial and post-trial proceedings before this court.

IT IS SO ORDERED.

Signed this the 28th day of April, 2005.

James D. Todd
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 05-02-05

| | |
|---|---|
| James M. Doran, Jr.<br>Lela M. Hollabaugh<br>Waller, Lansden, Dortch & Davis, PLLC<br>511 Union Street<br>Suite 7200<br>Post Office Box 198966<br>Nashville, TN 37219<br>(615) 244-6380<br>Attorneys for Defendant Merck & Co.,<br>Inc. and Defendant Sales Reps | Catherine Hensler-Dickerson<br>Tim McCurdy<br>Husch & Eppenberger, P.C.<br>190 Carondelet Plaza, Suite 600<br>St. Louis, MS 63105-3441<br>(314) 480-1500<br>Attorneys for Defendant Express Scripts,<br>Inc. |
| Stephen P. Hale (BPR #011276)<br>Buffey E. Klein (BPR # 022879)<br>Husch & Eppenberger, LLC<br>One Memphis Place<br>200 Jefferson Av.<br>Suite 1450<br>Memphis, TN 38103<br>(901) 523-1123<br>Attorneys for Defendant Express Scripts,<br>Inc. | Thomas F. Preston<br>McNabb, Bragorgos & Burgess, PLLC<br>Sixth Floor<br>81 Monroe Avenue<br>Memphis, TN 38103<br>(901) 624-0640<br>Attorney for Defendant Becky Capps<br>Teal, DPH |

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 1:05-CV-01067 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

Steven G. Ohrvall
HILL BOREN- Jackson
1269 N. Highland Ave.
P.O. Box 3539
Jackson, TN 38303--353

Lela M. Hollabaugh
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

T. Robert Hill
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Buffey Klein
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Joseph R. Alexander
Mithoff & Jacks
500 Dallis St.
Ste. 3450
Houston, TX 77002

Stephen P. Hale
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Pam Warnock Green
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

James L. Wright
Mithoff & Jacks, P.C.
111 Congress Avenue
Suite 1010
Austin, TX 78701

James M. Doran
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Thomas F. Preston
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Thomas M. Donnell
STEWART ESTES & DONNELL
424 Church St.
Ste. 1401
Nashville, TN 37219--239

Honorable James Todd
US DISTRICT COURT