IN THE UNITED STATES DISCTRICT COURTCOURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| PAULINE THARPE by next friend and attorney in fact, MARSHALL THARPE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No: 05-1067 T/An |
| MERCK & CO., INC.; RONNIE L. BATCHELOR, DPH; TAMMY RENE N. PRATHER, DPH, BECKY CAPPS TEAL, DPH, EXPRESS SCRIPTS, INC., STEPHANIE B. (BUCK) ISON; COURTNEY SHAY (INGRAM) McMAKIN; VINAY KRISHAN SOOD; MELISSA CAROL (McALLISTER) BARNES; MICHAEL RICHARDS, PATRICIA BLASINGAME and SCOTT EVANS, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER OF SUBSTITUTION

It appearing to the Court that Thomas M. Donnell, Jr. of the law firm of Stewart, Estes & Donnell in Nashville, Tennessee should be substituted for attorneys Stephen P. Hale and Buffey E. Klein of the law firm of Husch & Eppenberger, LLC in Memphis, Tennessee as counsel of record for Defendant Express Scripts, Inc.;

It is therefore ORDERED that Thomas M. Donnell, Jr. of the law firm of Stewart, Estes & Donnell is substituted for attorneys Stephen P. Hale and Buffey E. Klein of the law firm of Husch & Eppenberger, LLC in Memphis, Tennessee as attorney of record for Defendant Express Scripts, Inc.

272203

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  05/06/05

Signed this 5th day of May, 2005.

_____
JUDGE James D. Todd

APPROVED FOR ENTRY:

HUSCH & EPPENBERGER, LLC

By: _Buffey E. Klein with permission by TR_
Stephen P. Hale, #011276
Buffey E. Klein, #022879
One Memphis Place
200 Jefferson Avenue, Suite 1450
Memphis, TN 38103
(901) 523-1123


STEWART, ESTES & DONNELL

By: _____
Thomas M. Donnell, Jr., #3541
Financial Center, Suite 1401
424 Church Street
Nashville, TN 37219
(615) 244-6538

272203

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been placed in the U.S. Mail, postage prepaid and properly addressed to:

Steven G. Ohrvall, Esq.
T. Robert Hill, Esq.
Hill – Boren, P.C.
1269 North Highland Avenue
P.O. Box 3539
Jackson, TN 38303-3539

James L. Wright, Esq.
Mithoff & Jacks, P.C.
111 Congress Avenue
Suite 1010
Austin, TX 78701

James M. Doran, Jr., Esq.
Waller Lansden Dortch & Davis, PLLC
511 Union Street, Suite 2700
Nashville, TN 37219

Thomas F. Preston, Esq.
Pam Warnock Green, Esq.
McNabb, Bragorgos & Burgess, PLLC
81 Monroe Avenue, Sixth Floor
Memphis, TN 38103

this __3__ day of May, 2005.

_____
Thomas M. Donnell, Jr.

272203

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 1:05-CV-01067 was distributed by fax, mail, or direct printing on May 6, 2005 to the parties listed.

---

Thomas F. Preston
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

James M. Doran
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Thomas M. Donnell
STEWART ESTES & DONNELL
424 Church St.
Ste. 1401
Nashville, TN 37219--239

Joseph R. Alexander
Mithoff & Jacks
500 Dallis St.
Ste. 3450
Houston, TX 77002

T. Robert Hill
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Stephen P. Hale
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Steven G. Ohrvall
HILL BOREN- Jackson
1269 N. Highland Ave.
P.O. Box 3539
Jackson, TN 38303--353

Pam Warnock Green
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

James L. Wright
Mithoff & Jacks, P.C.
111 Congress Avenue
Suite 1010
Austin, TX 78701

Pam Belew
CIRCUIT COURT CLERK
Weakley County Courthouse
P.O. Box 28
Dresden, TN 38225

Buffey Klein
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Lela M. Hollabaugh
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Honorable James Todd
US DISTRICT COURT